IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOAN DING NGUYEN, aka HOAN NGUYEN,

        Petitioner,

  v.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.
                                              /

No. CV-06-3330 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

      **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the Court concludes that the California Court of Appeal did not render a decision that was contrary to, or constituted an unreasonable determination of the facts. Accordingly, the petition for a writ of habeas corpus is hereby DENIED.


Dated: September 30, 2009                                          Richard W. Wieking, Clerk

                                                                               By: *Tracy Lucero*
                                                                               Deputy Clerk